UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PARNELL LEDELL MCKAY,
    Plaintiff,

vs.                              Case No.: 3:25cv182/AW/ZCB

LEZA TAYLOR, et al.,
    Defendants.
_____/

## ORDER

Plaintiff, a Florida inmate proceeding *pro se* and *in forma pauperis*, filed a Second Amended Complaint under 42 U.S.C. § 1983. (Doc. 13). The Court recommended dismissal of all of Plaintiff's claims except his claims of excessive force and failure to intervene against Defendants Taylor, Kuswandy, Windley, Jinks, Palmer, O'Neil, Tona, and Immosote. (Doc. 14). Service of the Second Amended Complaint upon those Defendants is appropriate at this time. Before service may be completed, however, Plaintiff must submit eight complete and identical copies of the

1

Second Amended Complaint. Upon receipt of the copies, the Court will direct the United States Marshals Service to serve Defendants.[1]

Accordingly, it is **ORDERED**:

1. If Plaintiff wishes to proceed with this litigation, then he must submit eight identical and complete copies of the Second Amended Complaint (Doc. 13) on or before **July 25, 2025**. Plaintiff must include this case number on each copy.

2. Plaintiff's failure to comply with an order of the Court will result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 25th day of June 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

---

[1] Because Plaintiff is proceeding *in forma pauperis*, the Court must serve process on his behalf. 28 U.S.C. § 1915(d).