IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PARNELL LEDELL MCKAY,**

    **Plaintiff,**

**v.**                                                      **Case No. 3:25-cv-182-AW-ZCB**

**LEEZA TAYLOR, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Parnell Ledell McKay, the pro se plaintiff, sued numerous individuals. After screening the complaint and twice directing Plaintiff to replead, the magistrate judge issued a report and recommendation that concludes the court should dismiss some claims but not all. ECF No. 14. There has been no objection to the report and recommendation. Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order.

Plaintiff's claims against Defendant Estep are dismissed for failure to state a claim upon which relief can be granted. Plaintiff's excessive-force claim based on the use of chemical agent in the holding cell on July 19, 2021, is dismissed based on issue preclusion. Plaintiff's claims against Defendant Nurse Davis are dismissed for failure to state a claim upon which relief can be granted. Plaintiff's due process claims under the Fourteenth Amendment are dismissed for failure to state a claim upon which relief can be granted. Plaintiff's First Amendment claims are dismissed

1

for failure to state a claim upon which relief can be granted. Claims against Defendants Sergeant Stafford, Lieutenant Lantler, Captain Norris, Lieutenant "Jane Doe," Officer Lamrea, Mental Health Counselor Harris, three "John Doe" officers, and five unidentified members of an extraction team who were involved in the May 13, 2025, events are dismissed without prejudice as improperly joined under Rule 21.

The magistrate judge will conduct further appropriate proceedings as to the remaining claims. Two final notes: Plaintiff filed a third amended complaint after the report and recommendation issued. ECF No. 17. This was unauthorized. I will leave it to the magistrate judge in the first instance to determine whether to strike it, treat it as a motion for leave to amend, or take some other action. There is also a recent motion for appointed counsel. The magistrate judge will address that in the first instance as well.

SO ORDERED on November 18, 2025.

s/ *Allen Winsor*  
Chief United States District Judge
